# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

July 21, 2023

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:   United States v. Jose Zafra
           22 CR 489 (NSR)

Dear Honorable Román:

    I am writing to ask that Mr. Zafra's upcoming telephonic conference be adjourned to a date in late September. Mr. Zafra has decided to enter a guilty plea and the parties plan to schedule a plea in early September in magistrate court. I have spoken to AUSA Marcia Cohen, and she does not object to this request. I have no objection to the exclusion of time.

    Thank you for your consideration.

                                Respectfully,

                                //s

                                Benjamin Gold
                                Assistant Federal Defender

cc:   AUSA Marica Cohen

---

**Deft's request to adjourn the telephonic Status Conf. from July 25, 2023 until Sept. 27, 2023 at 1:00 pm is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 45.**
**Dated: White Plains, NY**
         **July 21, 2023**

SO ORDERED:

*/s/ Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/21/2023__