

**Federal Defenders OF NEW YORK, INC.**

81 Main Street, Suite 300, White Plains, NY 10601
Tel: (914) 428-7124  Fax: (914) 948-5109

Southern District

Barry D. Leiwant
*Interim Executive Director and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 21, 2023

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **Deft's request to adjourn the in-person Sentencing from Jan. 5, 2024 until Mar. 12, 2024 at 9:45 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 53.  Dated: White Plains, NY**
> **Jan. 4, 2024**
> **SO ORDERED:**
> *[signature]*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   United States v. Jose Zafra
      22 CR 489 (NSR)

Dear Honorable Román:

I am writing to ask that Mr. Zafra's sentencing, which is currently scheduled for January 5, 2023, be adjourned to a date in March. This is the first time that I am asking that Mr. Zafra's sentencing be postponed. The purpose of this request is to allow me additional time to gather records relating to Mr. Zafra's childhood, information which relates directly to Mr. Zafra's history and characteristics. *See* 18 U.S.C. § 3553(a)(1). Additionally, I am making this request because the final PSR was posted this week (December 18, 2023) and I have not yet been able to visit the jail to show the final report to Mr. Zafra and I do not have the ability to do so before my sentencing submission would otherwise be due. Under these circumstances, I ask that the Court please adjourn Mr. Zafra's sentencing.

I have spoken to AUSA Marcia Cohen, and she does not object to this request.[1]

Thank you for your consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/04/2024

Respectfully,

//s

Benjamin Gold
Assistant Federal Defender

cc:   AUSA Marica Cohen

---

[1] Additionally, based on my communications with AUSA Cohen, I believe that she would also prefer that the sentencing be adjourned.